On Return to Remand
This court remanded this case to the Circuit Court of Clarke County and directed it to conduct a hearing for the purpose of determining whether the City of Jackson complied with §12-14-70(d), Code of Alabama 1975, by timely filing the U.T.T.C. for appellant's trial de novo on appeal from the municipal court.
On remand, the trial court found "that the City of Jackson complied with § 12-14-70(d), as interpreted by Ex parte Hood, by timely filing the U.T.T.C." We consider this finding to be supported by the evidence introduced at the hearing. Therefore, in accordance with the trial court's finding, we hold that appellant's argument on that issue is without merit.
We have considered appellant's remaining two issues and have found that they present no errors warranting reversal of this case. Therefore, this case is due to be, and it is hereby, affirmed.
OPINION EXTENDED; AFFIRMED.
All Judges concur. *Page 368